UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PHILLIP J. LYONS,

    Plaintiff,

vs.

PATRICIA LEONHARDT, et al.,

    Defendants.

3:05-CV-0400-JCM-VPC

**ORDER**

On June 26, 2013, plaintiff filed a motion for order to produce inmate Lyons (#230) for the motion hearing regarding the plaintiff's motion to continue trial (#227) currently set before this Court on Monday, July 1, 2013 at 10:00 a.m.

Having reviewed the motion and good cause appearing, the Court finds plaintiff's motion for order to produce inmate Lyons (#230) is GRANTED.

The Attorney General's Office is directed to make the necessary arrangements for plaintiff to be available via video for the motion hearing set on **Monday, July 1, 2013** at **10:00 a.m.** and provide deputy court clerk, Lisa Mann, at lisa_mann@nvd.uscourts.gov by no later than the close of business on **Friday, June 28, 2013**, with the video reservation number and dial-in number at which the plaintiff can be reached for the motion hearing.

Mr. Lyons shall be permitted to meet with his attorney, Travis N. Barrick, for one hour prior to the hearing and up to one hour following the conclusion of the hearing. Mr. Lyons shall also be permitted to bring his legal materials with him to the hearing and the meetings with his attorney.

**IT IS SO ORDERED.**

DATED: June 27, 2013.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE