CATHERINE CORTEZ MASTO
Attorney General
WILLIAM J. GEDDES
Senior Deputy Attorney General
Nevada Bar No. 6984
BRIAN HAGEN
Deputy Attorney General
Nevada Bar No. 11389
Litigation Division
555 Wright Way
Carson City, NV 89711
E-Mail: WGeddes@ag.nv.gov
Tel: 775-684-4606
E-Mail: BHagen@ag.nv.gov
Tel: 775-486-1136
*Attorneys for Defendants Lunkwitz, Barth, and Ward*

TRAVIS N. BARRICK, Esq.
Nevada Bar No. 9257
GALLIAN, WELKER
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
E-Mail: TBarrick@gwwo.com
Telephone: (702) 892-3500
*Attorneys for Plaintiff Phillip J. Lyons*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>    Plaintiff,<br><br>  vs.<br><br>PATRICIA LEONHARDT, *et al.*,<br><br>    Defendants. | Case No. 03:05-CV-400-JCM-VPC<br><br>**STIPULATION AND PROPOSED ORDER RE**<br><br>***RESCHEDULING OF TRIAL*** |

## I.
## STIPULATION

Defendants PAUL LUNKWITZ, SANTERREN WARD, and JAY BARTH ("Defendants"), by and through counsel, Catherine Cortez Masto, Attorney General Of The State Of Nevada, William J. Geddes, Senior Deputy Attorney General, Brian Hagen, Deputy Attorney General, and Plaintiff PHILLIP J. LYONS, by and through his counsel of

record, Travis N. Barrick, Esq., of GALLIAN, WELKER, OLSON & BECKSTROM, LC, herein file their *Stipulation and Proposed Order Re Rescheduling of Trial*.

**RECITALS**

1. WHEREAS trial in the above-captioned matter was most recently scheduled for Monday, June 17, 2013, on the Court's stacked calendar;

2. WHEREAS, on June 12, 2013, shortly before 1:30 p.m., the Court vacated the Calendar Call, scheduled for 1:30 p.m. that same day;

3. WHEREAS, on June 12, 2013, the Court's Clerk met with counsel for the parties outside the courtroom and indicated that trial would not proceed on Monday, June 17, 2013, due to the Court's congested trial calendar;

4. WHEREAS, on June 12, 2013, the Court's clerk suggested possible, alternative dates for the rescheduling of trial in the above-captioned matter, as follows:

   a. The week of July 8-12, 2013;
   
   b. The week of July 22-26, 2013 (which the Court's clerk suggested was a preferred date, inasmuch as this case would likely be first on the Court's stacked calendar, barring some other preferential trial-setting that might arise, such as a criminal case);
   
   c. The week of August 5-9, 2013;
   
   d. The week of August 19-23, 2013;

5. WHEREAS, Plaintiff's Counsel would prefer to continue the trial to a later date, preferably in September of 2013, but would not oppose an earlier trial-setting, subject to scheduling availability of counsel, parties, and witnesses;

6. WHEREAS, Defense Counsel would prefer to reschedule trial as soon as possible, due to cost considerations of having the re-prepare this case for trial, should the preparation go stale, and given the age of this case (over eight years' old);

/ / /

/ / /

7. WHEREAS, counsel for the parties anticipate, but cannot guarantee, that this trial might take four (4) days to try, on the following possible time schedule:
   a. Day 1
      i. Jury Selection;
      ii. Preliminary Instructions by the Judge;
      iii. Plaintiff's Opening Statement;
      iv. Defendants' Opening Statement;
      v. 2-3 hours of Plaintiff's Case-in-Chief.
   b. Day 2
      i. Plaintiff's Continued Case-in-Chief and Rest;
      ii. Defendants' Begin their Case-in-Chief;
   c. Day 3
      i. Defendants Continued Case-in-Chief and Rest[1];
   d. Day 4
      i. Closing Statements;
      ii. Jury Instructions; and
      iii. Verdict.
8. WHEREAS, Plaintiff's counsel has a one-day, family-court trial scheduled for Monday, July 22, 2013, for which he has sought to be released as trial counsel, for reasons unrelated to this case or trial, and for which the outcome of Plaintiff's counsel's request is not yet known; and
9. WHEREAS, if Plaintiff's counsel is not permitted to withdraw from his family-court trial scheduled for Monday, July 22, 2013, trial in the above-captioned matter could begin on the following day, Tuesday, July 23, 2013;

///

---

[1] If Plaintiff does not rest his case early enough on Day 2 of trial, then Defendants would likely need additional time on Day 4 to complete their case-in-chief.

**STIPULATION**

THEREFORE, the parties stipulate to jointly petition the Court, and hereby do, to reschedule the trial in the above-captioned matter for the week of July 22-26, 2013, with the understanding that the case would begin not sooner than Tuesday, July 23, 2013, but if Plaintiff's Counsel is permitted to withdraw as counsel in his family-law case (set for trial on Monday, July 22, 2013), then the trial might begin as early as Monday, July 22, 2013, subject to sufficient notice and availability of counsel, the parties, and witnesses to comply with such an earlier start date.

DATED this 19th day of June, 2013.

By: _____
Travis Barrick, #9257
GALLIAN, WILCOX, WELKER,
OLSON & BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Attorneys for Plaintiff

DATED this 19th day of June, 2013.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
William J. Geddes, #6984
Senior Deputy Attorney General
OFFICE OF ATTORNEY GENERAL
555 Wright Way
Carson City, Nevada 89711
Attorneys for the Defendants

II.

**ORDER**

THE COURT, having reviewed the preceding *Stipulation*, and GOOD CAUSE appearing therefore, HEREBY GRANTS the relief requested therein: Trial in the above-captioned matter is hereby rescheduled on the Court's stacked calendar, for the week of __July 22, 2013__, with the understanding that trial in this case would begin not sooner than __July 22, 2013__, unless stipulated otherwise by Counsel, subject to the availability of the Court to start the trial on any such sooner date.  Calendar call scheduled for July 17, 2013, at 1:30 pm courtroom 6A.

IT IS SO ORDERED.

Dated: __July 8, 2013__.

_____
**UNITED STATES DISTRICT JUDGE**

**STIPULATION**

THEREFORE, the parties stipulate to jointly petition the Court, and hereby do, to reschedule the trial in the above-captioned matter for the week of July 22-26, 2013, with the understanding that the case would begin not sooner than Tuesday, July 23, 2013, but if Plaintiff's Counsel is permitted to withdraw as counsel in his family-law case (set for trial on Monday, July 22, 2013), then the trial might begin as early as Monday, July 22, 2013, subject to sufficient notice and availability of counsel, the parties, and witnesses to comply with such an earlier start date.

DATED this 19th day of June, 2013.

By: _____
Travis Barrick, #9257
GALLIAN, WILCOX, WELKER,
OLSON & BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Attorneys for Plaintiff

DATED this 19th day of June, 2013.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
William J. Geddes, #6984
Senior Deputy Attorney General
OFFICE OF ATTORNEY GENERAL
555 Wright Way
Carson City, Nevada 89711
Attorneys for the Defendants