# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP LYONS,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICIA LEONHARDT, et al.,<br><br>        Defendants. | 3:05-CV-400 JCM (VPC) |

**ORDER**

Presently before the court is counsel Travis Barrick's motion to withdraw as counsel for plaintiff Phillip J. Lyons. (Doc. # 257). Defendants have not responded.

Plaintiff is a Nevada state prisoner. He filed a *pro se* civil rights law suit in 2005. (Doc. # 1). The court granted summary judgment in favor of defendants and the Ninth Circuit affirmed in part and reversed in part (doc. # 144). Following remand from the Ninth Circuit, Mr. Barrick was substituted as attorney of record for plaintiff. (Doc. # 152). Mr. Barrick represented plaintiff during the trial on the issue of First Amendment retaliation. The jury found in favor of defendants.

Mr. Barrick represents that plaintiff requested him to withdraw as counsel at the conclusion of trial.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that counsel Travis Barrick's motion to withdraw as counsel for plaintiff Phillip J. Lyons (doc. # 257) be, and the same hereby is, GRANTED.[1]

IT IS THEREFORE ORDERED that Mr. Barrick will no longer represent plaintiff in this matter.

IT IS FURTHER ORDERED that the following pending motions: motion to request leave to supplement (doc. #250) and motion requesting clarification (doc. # 252) that were associated with trial and have since been resolved be, and the same hereby are, DENIED as moot.

DATED July 29, 2013.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's other counsel, James Andre Boles, filed a "notice of suspension of plaintiff's counsel" notifying the court and opposing counsel that he had been suspended from the practice of law for one year effective June 7, 2013. (Doc. # 225). This notice was docketed as a pending motion. IT IS THEREFORE ORDERED that counsel James Andrew Boles' motion to withdraw (doc. # 225) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

- 2 -