CATHERINE CORTEZ MASTO
Attorney General
WILLIAM J. GEDDES
Senior Deputy Attorney General
Nevada Bar No. 6984
Litigation Division
555 Wright Way
Carson City, NV  89711
E-Mail: WGeddes@ag.nv.gov
Tel: 775-684-4606

*Attorneys for Defendants Lunkwitz, Barth, and Ward*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PATRICIA LEONHARDT, *et al.*,<br><br>　　　　Defendants. | Case No. **03:05-cv-0400-JCM (VPC)**<br><br>**Submission of Proposed:**<br><br>**JUDGMENT IN A CIVIL ACTION** |

　　　　Defendants PAUL LUNKWITZ, SANTERREN WARD, and JAY BARTH ("Defendants"), by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, William J. Geddes, Senior Deputy Attorney General herein submit the attached, proposed *JUDGMENT IN A CIVIL ACTION*, pursuant to the Court's Order of Docket No. 256, issued on July 24, 2013.

　　　　Respectfully submitted this 5th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　CATHERINE CORTEZ MASTO
　　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. GEDDES
　　　　　　　　　　　　　　　　　　　　　　Senior Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Lunkwitz,*
　　　　　　　　　　　　　　　　　　　　　　*Ward, and Barth*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this date I deposited for mailing at Carson City, Nevada, a true and correct copy of the foregoing *Submission of Proposed JUDGMENT IN A CIVIL ACTION*, addressed to:

PHILLIP J. LYONS, NDOC ID NO. 33833
SOUTHERN DESERT CORRECTIONAL CENTER
20825 COLD CREEK ROAD
P.O. BOX 208
INDIAN SPRINGS, NV 89070-0208
PRO SE PLAINTIFF

DATED this 5th day of August, 2013.

/s/ Janice M. Riherd
JANICE M. RIHERD
An Employee of the State of Nevada

Attorney General's Office
Department of DMV/DPS
555 Wright Way
Carson City, NV  89711

Attorney General's Office
Department of DMV/DPS
555 Wright Way
Carson City, NV  89711

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>  Plaintiff,<br><br>vs.<br><br>PATRICIA LEONHARDT, *et al.*,<br><br>  Defendants. | Case No. **03:05-cv-0400-JCM (VPC)**<br><br>**JUDGMENT IN A CIVIL ACTION** |

THIS CIVIL ACTION, HAVING BEEN TRIED BY A JURY from July 22, 2013 through July 24, 2013, with Judge James C. Mahan presiding, and the jury having rendered a verdict in favor of Defendants PAUL LUNKWITZ, SANTERREN WARD, and JAY BARTH, IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants PAUL LUNKWITZ, SANTERREN WARD, and JAY BARTH, and judgment is entered against Plaintiff PHILLIP J. LYONS.

Dated  August 7, 2013.

  _____
  JAMES C. MAHAN
  UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CATHERINE CORTEZ MASTO
Nevada Attorney General

By: _____
  WILLIAM J. GEDDES
  Senior Deputy Attorney General

1