IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>                Plaintiff,<br><br>vs.<br><br>PATRICIA LEONHARDT, *et al.*,<br><br>                Defendants. | Case No. **03:05-cv-0400-JCM (VPC)**<br><br>**JUDGMENT IN A CIVIL ACTION** |

THIS CIVIL ACTION, HAVING BEEN TRIED BY A JURY from July 22, 2013 through July 24, 2013, with Judge James C. Mahan presiding, and the jury having rendered a verdict in favor of Defendants PAUL LUNKWITZ, SANTERREN WARD, and JAY BARTH, IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants PAUL LUNKWITZ, SANTERREN WARD, and JAY BARTH, and judgment is entered against Plaintiff PHILLIP J. LYONS.

Dated August 7, 2013.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CATHERINE CORTEZ MASTO
Nevada Attorney General

By: _____
    WILLIAM J. GEDDES
    Senior Deputy Attorney General